# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144107 & (6)(7)(8)

ADRIANA LEE, Personal Representative
of the Estate of RUFUS YOUNG, JR.,
        Plaintiff-Appellee,

v                                                    SC: 144107
                                                     COA: 307164
                                                     Wayne CC: 08-104936-NH

DETROIT MEDICAL CENTER and
CHILDREN'S HOSPITAL OF MICHIGAN,
        Defendants-Appellants.
_____/

      On order of the Court, the motion for immediate consideration and the motion to waive requirements are GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the question presented should be reviewed by this Court before consideration by the Court of Appeals. The motion for stay is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

d1219